IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__EASTERN__ DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 FEB 16 PM 12:37
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

__DEXTER ROBERTSON__
(Enter Above the Name of the Plaintiff in this Action)

2:22 CV 724

vs.

__CITY of COLUMBUS,__
(Enter above the name of the Defendant in this Action)

Judge Watson

MAGISTRATE JUDGE VASCURA

If there are additional Defendants, please list them:
__DIVISION of__
__POLICE__

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

__DEXTER ROBERTSON__
Name - Full Name Please - PRINT

__2996 CUMBERLAND WOODS DR.__
Street Address

__COLUMBUS, OHIO 43219__
City, State and Zip Code

__614-551-2433__
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See Attachments

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | |
|---|---|---|
| | See Attachments vs. | |
| | | vs. |
| | | vs. |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

See Attachments

I state under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of February, 20 22

_____
Signature of Plaintiff

III. Statement of Claim

I, Dexter Robertson, age ~~59~~ 63, African American man and a 20-year USAF Veteran who has lived in this home (alone) since January 2006 submits the following:

On or about February 1, 2018, Wednesday evening; I was sleeping in my home at 2996 Cumberland Woods Drive, Columbus, Ohio 43219.

At about 8:30 pm; my front door was busted open. My alarm system came on and notified me as well.  No one entered my home.

On or about the afternoon (4 pm) on Wednesday, February 8, 2018; I returned from my DFAS employment and had a note from the Columbus Police Division on my front door.  The note said something similar: **"There was a false alarm notification.  There were no visible signs of entry."**

Later that evening at 8:30 p.m.; I went to bed.   Shortly thereafter my front door was busted open again.  No one entered my home again.

I communicated with my 2-way alarm system with Monitronics Alarm Company (now Brinks) and notified them to have a Columbus Police Division patrol vehicle be sent to my home.

Approximately 30 minutes later, a Columbus Police Officer (Caucasian male) knocked on my door.  We communicated by me standing in the front of my home and he (no name given) was outside my home.

I informed the Columbus Police Officer that this "invasion of privacy" has occurred two weeks in a row and without any rationale.

The officer listened to me.  His only reply to me was: "Well, it was kind of "Windy" tonight."

Less than a week later, I had a Monitronics service technician come out to change out the alarm system as it was possibly giving off a "bad signal" to the city of Columbus.  I pay them $25 a year for this alarm system as well. I have not had any further invasion of my home since then.

IV: Previous Lawsuits

| Case Number | Caption |
|---|---|
| 2:10 cv 00670 | Dexter Robertson vs. General Motors, et al. |
| 2:12 cv 00496 | Dexter Robertson vs. Robin R. McMiller |
| 1:11 cv 423 | Dexter Robertson vs. U.S. E.P.A./CPOD |
| 2:14 cv 00601 | Dexter Robertson vs. Maxwell Federal Credit Union |
| 2:19 cv 05665 | Dexter Robertson vs. Nissan Corp., et al. |

.

V. Relief:

To have a jury demand on my federal case versus the City of Columbus, Division of Police for my "right to privacy" in my home; "illegal entry" into my home twice within one week, and "racial profiling" me as an African American citizen without any "just cause" or rationale.

To have a fair decision made by a jury of my peers concerning the "irrational" actions done by the Columbus Police Division towards me.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

DEXTER ROBERTSON
_____
Plaintiff(s)

v.

CITY OF COLUMBUS,
DIVISION of Police
_____
Defendant(s)

Civil Action No. 2:22 CV 724

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF COLUMBUS, DIVISION OF POLICE 120 MARCONI BLVD. COLUMBUS, OHIO 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DEXTER ROBERTSON 2996 CUMBERLAND WOODS DR. COLUMBUS, OHIO 43219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*